```
✓ FILED       ___ LODGED
___ RECEIVED  ___ COPY

    DEC 2 8 2021

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____DEPUTY
```

GARY M. RESTAINO
United States Attorney
District of Arizona

THOMAS M. FORSYTH III
Arizona State Bar No. 026513
STUART ZANDER
California State Bar No. 276724
Assistant United States Attorneys

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Thomas.Forsyth@usdoj.gov
Email: Stuart.Zander@usdoj.gov
Attorneys for Plaintiff

**SEALED**

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Sally Joyce Nyemba,<br><br>　　　　　Defendant. | No. **CR-21-1094-PHX-SMB (MTM)**<br><br>**I N D I C T M E N T**<br><br>VIO: 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii)<br>(Attempted Possession with Intent to Distribute Methamphetamine)<br>Count 1<br><br>21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(vi)<br>(Attempted Possession with Intent to Distribute Fentanyl)<br>Count 2<br><br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about May 12, 2020 in the District of Arizona, the defendant, SALLY JOYCE NYEMBA, did knowingly and intentionally attempt to possess with the intent to distribute

500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

## COUNT 2

On or about May 12, 2020 in the District of Arizona, the defendant, SALLY JOYCE NYEMBA, did knowingly and intentionally attempt to possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(vi).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegation in Counts 1 and 2 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Section 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: December 28, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
THOMAS M. FORSYTH III
STUART ZANDER
Assistant U.S. Attorneys